

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*Senior Counsel*
phone: (212) 356-2413
jhiraoka@law.nyc.gov

April 11, 2025

**BY E.C.F.**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Delmy Jaquez, et al. v. Sebastian Hernandez, et al.</u>, 24-CV-7825 (AT)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants Sebastian Hernandez and Krishna Ghale ("Defendants") in this matter. The parties jointly write to respectfully request that the Court adjourn the deadline for the parties to submit a joint letter and case management plan, which are currently due today, until such time after the parties fulfill all requirements set forth by Local Rule 83.10 ("the Plan"). This is the parties' first such request.

    By way of background, plaintiffs bring this action pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, deprivation of rights in violation of the Fourth Amendment. More specifically, plaintiffs allege that they were subjected to excessive force on July 4, 2023. On October 16, 2024, the Court designated this case to participate under Local Rule 83.10 (the "Plan"). <u>See</u> ECF Entry, Notice October 16, 2024. Plaintiff provided the necessary 160.50 releases as required by the Plan on December 27, 2024.

    As such, the parties respectfully request an adjournment of the deadline to submit a joint letter and case management plan in order to proceed in accordance with the Plan, which is designed to reach early resolution of matters without the need for Court intervention or involvement. The parties have received a notice of assignment of mediator, and expect to be notified of an assigned mediator in the near future.

    Accordingly, the parties respectfully request that the Court adjourn the date for the parties to submit a joint letter and case management plan, which are currently due today, until such time after the parties fulfill all requirements set forth by the Plan.

**GRANTED.** Within one week after the parties attend their first mediation conference, they shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 14, 2025
      New York, New York

ANALISA TORRES
United States District Judge