USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELMY JAQUEZ and JENISE RAMIREZ,

Plaintiffs,

-against-

POLICE OFFICER SEBASTIAN HERNANDEZ SHIELD # 2002, POLICE OFFICER CLARENCE BROWN SHIELD # 19647, POLICE OFFICER KRISHNA GHALE SHIELD #2381 and UNIDENTIFIED POLICE OFFICERS FROM THE 46th Precinct,

Defendants.

24 Civ. 7825 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In a letter dated October 27, 2026, the parties informed the Court "that the parties have reached a settlement agreement in this matter." *See* ECF No. 51. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ANALISA TORRES
United States District Judge